IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SARAH ELIZABETH MALLEY, § | | |
| ADMINISTRATRIX OF THE ESTATE § | | |
| OF JERRY OLIN WALLER II § | | PLAINTIFF |
| § | | |
| v.   § | | Civil No. 1:12CV127-HSO-RHW |
| § | | |
| WAL-MART STORES, INC.   § | | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment [19] filed by Defendant Wal-Mart Stores, Inc.  The Court, after a full review and consideration of Defendant's Motion, related filings, the pleadings on file, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant Wal-Mart Stores, Inc., pursuant to FED. R. CIV. P. 56, and this civil action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 14th day of May, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE